JEFFER, MANGELS, BUTLER & MARMARO LLP
MARC MARMARO (Bar No. 85242), *mmarmaro@jmbm.com*
ROD S. BERMAN (Bar No. 105444), *rberman@jmbm.com*
SUSAN ALLISON (Bar No. 133448), *sallison@jmbm.com*
BRIAN M. YATES (Bar No. 241798), *byates@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiffs
ROBERT L. GOLDMAN and
CELS ENTERPRISES, INC.

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT L. GOLDMAN, an individual, and CELS ENTERPRISES, INC., a New York corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>L.C. LICENSING, INC., a Delaware corporation, LIZ CLAIBORNE, INC., a Delaware corporation, PEI LICENSING, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>       Defendants. | CASE NO.  CV 07-7619 DSF (Ex)<br><br>CASE NO. CV 08-6375 DSF (Ex)<br><br>**ORDER ON STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(A)(1)** |
| And Related Counterclaims. | |
| ROBERT L. GOLDMAN, an individual, and CELS ENTERPRISES, INC., a New York corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>TITAN INDUSTRIES, INC., a Nevada corporation, and DOES 1 through 10, inclusive<br><br>       Defendants. | |

PRINTED ON
RECYCLED PAPER

6242704v1

**ORDER**

Pursuant to the foregoing Stipulation of the parties, the Court finds good cause to enter the Order requested by the parties.

IT IS THEREFORE ORDERED THAT:

1. Plaintiffs' claims in their First Amended Complaint against LC Licensing, Inc., Liz Claiborne, Inc., and PEI Licensing, Inc. are dismissed with prejudice;

2. Plaintiffs' claims in their Complaint against Titan Industries, Inc. are dismissed with prejudice;

3. Each party shall bear its own fees and costs; and

4. The Court or its successor shall retain jurisdiction of this action solely for purposes of resolving any disputes that may arise regarding the settlement or the enforcement thereof.

IT IS SO ORDERED.

Dated: August 6, 2009

*Dale S. Fischer*

The Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Marmaro LLP

6242704v1